# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-50429
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
April 8, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Josue Adriel Guerrero-Pina,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-1726-1

_____

Before Wiener, Stewart, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Defendant-Appellant Josue Adriel Guerrero-Pina has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Guerrero-Pina has not filed a response. We have reviewed counsel's brief and the relevant portions of the

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50429

record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.